| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2019** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>SINGLETON, JAMES K. | 2. Court or Organization<br><br>U.S. DISTRICT COURT, ALASKA | 3. Date of Report<br><br>5/13/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>THE JAMES M. FITZGERALD UNITED STATES COURTHOUSE AND FEDERAL BUILDING<br>222 W. 7TH AVENUE<br>ANCHORAGE, AK 99513-7524 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/1994 | STATE OF ALASKA, JUDICIAL RETIREMENT |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SINGLETON, JAMES K.** | 5/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | STATE OF ALASKA RETIREMENT AND BENEFITS PLAN - RETIREMENT INCOME | $121,751.16 |
| 2. 2019 | MERRILL LYNCH AS CUSTODIAN - RETIREMENT INCOME | $2,338.20 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | TRANSAMERICA LIFE INSURANCE COMPANY - RETIREMENT PLAN |
| 2. 2019 | STATE OF ALASKA RETIREMENT AND BENEFITS PLAN FOR TEACHERS - RETIREMENT INCOME |
| 3. 2019 | MERRILL LYNCH AS CUSTODIAN - RETIREMENT INCOME |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑  NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 5/13/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SINGLETON, JAMES K.** | 5/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. FNBA BANK ACCOUNT | | None | M | T | | | | | |
| 2. ALASKA SUPPLEMENTAL ANNUITY PLAN | | None | N | T | Distributed (part) | 12/31/19 | K | E | |
| 3. MERRILL LYNCH WEALTH MANAGEMENT #1: (H) | | | | | | | | | |
| 4. -AMN ELEC POWER CO | A | Dividend | J | T | Sold (part) | 10/31/19 | J | A | |
| 5. -AMER EXPRESS COMPANY | A | Dividend | J | T | | | | | |
| 6. -APPLE INC | A | Dividend | J | T | | | | | |
| 7. -BECTON DICKENSON CO | A | Dividend | J | T | | | | | |
| 8. -DIAGEO PLC SPSD ADR NEW | A | Dividend | J | T | | | | | |
| 9. -DOWDUPONT INC COM | A | Dividend | | | Sold | 04/29/19 | J | A | |
| 10. -DISNEY (WALT) CO COM STK | A | Dividend | J | T | | | | | |
| 11. -EXXON MOBIL CORP COM | A | Dividend | J | T | | | | | |
| 12. -ISHARES NASDAQ BIOTECH | A | Dividend | J | T | | | | | |
| 13. -ISHARES IBOXX $ | | None | | | Sold | 01/16/19 | J | | |
| 14. -ISHARES TIPS BOND ETF | A | Dividend | J | T | Buy (add'l) | 12/16/19 | J | | |
| 15. -VANGUARD FINANCIALS ETF | A | Dividend | J | T | Sold (part) | 09/12/19 | J | A | |
| 16. -VANGUARD INFORMATION TECH ETF | A | Dividend | J | T | Buy (add'l) | 09/16/19 | J | | |
| 17. | | | | | Buy (add'l) | 12/16/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. | | | | | Sold (part) | 01/16/19 | J | A | |
| 19. | | | | | Sold (part) | 07/16/19 | J | A | |
| 20. -INVESCO EMERGING MARKETS | A | Dividend | J | T | Buy (add'l) | 12/16/19 | J | | |
| 21. -ISHARES 3-7 YEARS TREASURY BONDS ETF | A | Dividend | J | T | Buy (add'l) | 12/16/19 | J | | |
| 22. | | | | | Sold (part) | 01/16/19 | J | | |
| 23. -ISHARES MBS ETF | B | Dividend | K | T | Buy (add'l) | 01/18/19 | J | | |
| 24. | | | | | Buy (add'l) | 12/16/19 | J | | |
| 25. -VANGUARD INTERMEDIATE TERM BOND ETF | A | Dividend | J | T | Buy (add'l) | 12/16/19 | J | | |
| 26. | | | | | Sold (part) | 01/16/19 | K | | |
| 27. -ISHARES IBOXX$ HIGH YIEL CORPORATE BOND | A | Dividend | J | T | | | | | |
| 28. -VANGUARD SHORT TERM BOND | | None | | | Sold | 01/16/19 | J | | |
| 29. -SPDR S&P INSURANCE ETF | A | Dividend | J | T | | | | | |
| 30. -REAL ESTATE SELECT SECTOR SPDR FD SHS | A | Dividend | J | T | | | | | |
| 31. -INVESCO PREFERRED ETF | A | Dividend | J | T | | | | | |
| 32. -HOME DEPOT INC | A | Dividend | J | T | | | | | |
| 33. -VANECK VECTORS J.P. MORGAN EM LOCAL CURR | A | Dividend | J | T | | | | | |
| 34. -ISHARES INC CORE MSCI EMERGING MKTS ETF | A | Dividend | J | T | Buy (add'l) | 01/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 5/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | | Buy<br>(add'l) | 12/16/19 | J | | |
| 36. | -JPMORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 37. | -JOHNSON AND JOHNSON COM | A | Dividend | | | Sold | 05/29/19 | J | | |
| 38. | -MCDONALDS CORP COM | A | Dividend | J | T | | | | | |
| 39. | -MICROSOFT CORP | A | Dividend | J | T | | | | | |
| 40. | -NEXTERA ENERGY INC SHS | A | Dividend | J | T | | | | | |
| 41. | -NORTHROP GRUMMAN CORP | A | Dividend | J | T | Buy<br>(add'l) | 08/07/19 | J | | |
| 42. | -PNC FINCL SERVICES GROUP | A | Dividend | | | Sold | 08/19/19 | J | | |
| 43. | -PFIZER INC | A | Dividend | J | T | | | | | |
| 44. | -RAYTHEON CO DELAWARE NEW | A | Dividend | J | T | | | | | |
| 45. | -ROYAL DUTCH SHEL PLC | A | Dividend | J | T | | | | | |
| 46. | -SIMON PROPERTY GROUP DEL | A | Dividend | | | Sold | 12/11/19 | J | | |
| 47. | -HEALTH CARE SELECT SPDR | A | Dividend | J | T | Sold<br>(part) | 04/23/19 | J | A | |
| 48. | | | | | | Buy<br>(add'l) | 07/16/19 | J | | |
| 49. | -SECTOR SPDR CONSMRS STPL | A | Dividend | J | T | Buy<br>(add'l) | 01/18/19 | J | | |
| 50. | | | | | | Sold<br>(part) | 03/20/19 | J | A | |
| 51. | -CONSUMER DISCRETIONARY SPDR | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 5/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -SECTOR SPDR ENERGY | A | Dividend | J | T | | | | | |
| 53.   -SECTOR SPDR INDUSTRIAL | A | Dividend | J | T | Sold (part) | 01/16/19 | J | A | |
| 54.   -SECTOR SPDR UTILITIES | A | Dividend | J | T | | | | | |
| 55.   -3M COMPANY | A | Dividend | | | Sold | 04/29/19 | J | A | |
| 56.   -UNITEDHEALTH GROUP INC | A | Dividend | J | T | | | | | |
| 57.   -UNITED TECHS CORP COM | A | Dividend | J | T | | | | | |
| 58.   -VERIZON COMMUNICATNS COM | A | Dividend | J | T | | | | | |
| 59.   -VISA INC CL A SHRS | A | Dividend | J | T | | | | | |
| 60.   -WALMART INC | A | Dividend | J | T | | | | | |
| 61.   -LOOMIS SAYLES STRATEGIC INC FD CL Y | B | Dividend | K | T | Buy (add'l) | 06/05/19 | J | | |
| 62. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 63.   -ACCENTURE PLC SHS | A | Dividend | J | T | | | | | |
| 64.   -AMAZON COM INC COM | | None | J | T | | | | | |
| 65.   -AUTOMATIC DATA PROC | A | Dividend | | | Sold | 09/19/19 | J | A | |
| 66.   -INTUIT INC COM | A | Dividend | J | T | | | | | |
| 67.   -PEPSICO INC | A | Dividend | J | T | | | | | |
| 68.   -STRYKER CORP | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 5/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  -TJX COS INC NEW | A | Dividend | J | T | | | | | |
| 70.  -TRAVELERS COS INC | A | Dividend | | | Sold | 10/21/19 | J | A | |
| 71.  -WASTE MANAGEMENT INC NEW | A | Dividend | J | T | Sold<br>(part) | 10/31/19 | J | A | |
| 72.  -ZOETIS INC | A | Dividend | J | T | | | | | |
| 73.  -COMM SERVICES SELECT | A | Dividend | J | T | Buy<br>(add'l) | 01/18/19 | J | | |
| 74.  -FIRST TRUST DOW JONES | | None | J | T | | | | | |
| 75.  -ISHARES TR CORE MSCI EAF ETF | A | Dividend | J | T | Sold<br>(part) | 01/16/19 | J | | |
| 76. | | | | | Sold<br>(part) | 06/13/19 | J | | |
| 77.  -MATERIALS SELECT SECTOR | A | Dividend | J | T | | | | | |
| 78.  -BLACKROCK LIQUIDITY FUND | A | Dividend | J | T | Buy | 08/16/19 | J | | |
| 79. | | | | | Buy<br>(add'l) | 12/13/19 | J | | |
| 80.  -AIR PRODUCTS&CHEM | A | Dividend | J | T | Buy | 04/29/19 | J | | |
| 81. | | | | | Buy<br>(add'l) | 12/11/19 | J | | |
| 82.  -ALPHABET INC SHS CL A | | None | J | T | Buy | 04/04/19 | J | | |
| 83.  -AMERICAN TOWER REIT INC | A | Dividend | J | T | Buy | 05/29/19 | J | | |
| 84.  -AON PLC | A | Dividend | J | T | Buy | 08/19/19 | J | | |
| 85.  -CISCO SYSTEMS INC COM | A | Dividend | J | T | Buy | 09/24/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 5/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   -MERCK AND CO INC SHS | A | Dividend | J | T | Buy | 05/29/19 | J | | |
| 87. | | | | | Buy<br>(add'l) | 08/07/19 | J | | |
| 88.   -VANGUARD SHORT-TERM<br>CORPORATE BOND | A | Dividend | K | T | Buy | 01/18/19 | K | | |
| 89. | | | | | Buy<br>(add'l) | 12/16/19 | J | | |
| 90.   -VANGUARD INTRMDIATE-TERM<br>CORPORATE BOND | A | Dividend | K | T | Buy | 01/18/19 | K | | |
| 91. | | | | | Buy<br>(add'l) | 12/16/19 | J | | |
| 92.   -VANGUARD TOTAL INTERNATL<br>BOND ETF | A | Dividend | J | T | Buy | 01/18/19 | J | | |
| 93. | | | | | | | | | |
| 94.   MANAGEMENT ACCOUNT #2:(H) | | | | | | | | | |
| 95.   MERRILL LYNCH AS CUSTODIAN<br>RETIREMENT #2 | B | Distribution | J | T | | | | | |
| 96.   -AT&T INC | A | Dividend | | | Sold | 12/17/19 | J | A | |
| 97.   -JPMORGAN CHASE & CO | A | Dividend | | | Sold | 12/17/19 | J | B | |
| 98.   -WALMART INC | A | Dividend | | | Sold<br>(part) | 05/23/19 | J | | |
| 99. | | | | | Sold | 12/19/19 | J | D | |
| 100.   -BLACKROCK EQTY DIVIDIEND | A | Dividend | | | Sold | 12/17/19 | J | A | |
| 101.   -LOOMIS SAYLES STRATEGIC | A | Dividend | J | T | Sold<br>(part) | 12/17/19 | J | | |
| 102.   -TEMPLETON GLBL BOND FD | A | Dividend | J | T | Sold<br>(part) | 12/18/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 5/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. -VANGUARD MORTGAGE-BACKED SEC | A | Dividend | | | Sold | 12/17/19 | J | A | |
| 104. -ISHARES 1-3 YEAR | A | Dividend | | | Sold | 12/17/19 | J | A | |
| 105. -BLACKROCK LIQUIDITY FUND T FUND INSTL CL | A | Dividend | J | T | Buy | 12/17/19 | J | | |
| 106. -ISHARES IBOXX $ | A | Dividend | J | T | Buy | 12/19/19 | J | | |
| 107. -ISHARES TIPS | A | Dividend | J | T | Buy | 12/19/19 | J | | |
| 108. -VANGUARD FINANCIALS ETF | | None | J | T | Buy | 12/19/19 | J | | |
| 109. -VANGUARD INFORMATION | | None | J | T | Buy | 12/19/19 | J | | |
| 110. -FIRST TRUST DOW JONES | | None | J | T | Buy | 12/19/19 | J | | |
| 111. -ISHARES MBS ETF | A | Dividend | J | T | Buy | 12/19/19 | J | | |
| 112. -VANGUARD INTERMEDIATE | A | Dividend | J | T | Buy | 12/19/19 | J | | |
| 113. -COMM SERVICES SELECT | A | Dividend | J | T | Buy | 12/19/19 | J | | |
| 114. -VANGUARD SHORT-TERM | A | Dividend | J | T | Buy | 12/19/19 | J | | |
| 115. -VANGUARD INTRMDIATE-TERM | A | Dividend | J | T | Buy | 12/19/19 | J | | |
| 116. -ISHARES INC CORE MSCI | | None | J | T | Buy | 12/19/19 | J | | |
| 117. -ISHARES TR CORE MSCI EAF | | None | J | T | Buy | 12/19/19 | J | | |
| 118. -HEALTH CARE SELECT SPDR | A | Dividend | J | T | Buy | 12/19/19 | J | | |
| 119. -SECTOR SPDR CONSMRS STPL | A | Dividend | J | T | Buy | 12/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 5/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -CONSUMER DISCRETIONARY | A | Dividend | J | T | Buy | 12/19/19 | J | | |
| 121.  -SECTOR SPDR INDUSTRIAL | A | Dividend | J | T | Buy | 12/19/19 | J | | |
| 122. | | | | | | | | | |
| 123.  MANAGEMENT ACCOUNT #3:(H) | | | | | | | | | |
| 124.  MERRILL LYNCH AS CUSTODIAN RETIREMENT #3 | C | Distribution | J | T | | | | | |
| 125.  -JPMORGAN CHASE & CO | | None | | | Sold | 12/17/19 | J | A | |
| 126.  -VERIZON COMMUNICATNS COM | A | Dividend | | | Sold | 12/17/19 | J | B | |
| 127.  -BLACKROCK EQTY DIVIDEND | A | Dividend | | | Sold (part) | 10/23/19 | J | | |
| 128. | | | | | Sold | 12/17/19 | J | | |
| 129.  -GABELLI DIV & INC TR | A | Dividend | J | T | Sold (part) | 12/17/19 | J | C | |
| 130.  -LOOMIS SAYLES STRATEGIC | A | Dividend | J | T | Sold (part) | 12/17/19 | J | | |
| 131.  -TEMPLETON GLBL BOND FD | A | Dividend | J | T | Sold (part) | 12/17/19 | J | | |
| 132.  -VANGUARD SHORT-TERM | A | Dividend | | | Sold | 12/17/19 | J | A | |
| 133.  -VANGUARD MORTGAGE-BACKED | A | Dividend | | | Sold | 12/17/19 | J | A | |
| 134.  -ISHARES 1-3 YEAR | A | Dividend | | | Sold | 05/23/19 | J | | |
| 135. | | | | | Buy | 10/23/19 | J | | |
| 136. | | | | | Sold | 12/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -VANGUARD TOTAL STK MKT | A | Dividend | | | Sold | 12/17/19 | J | A | |
| 138.  -AMERICAN GROWTH FUND | A | Dividend | J | T | Buy | 12/17/19 | J | | |
| 139. | | | | | Buy (add'l) | 12/18/19 | J | | |
| 140.  -BLACKROCK ADVANTAGE LRG | | None | J | T | Buy | 12/17/19 | J | | |
| 141. | | | | | Buy (add'l) | 12/18/19 | J | | |
| 142.  -BLACKROCK TECHNOLOGY | | None | J | T | Buy | 12/17/19 | J | | |
| 143.  -BLACKROCK EMERGING MARKETS FUND INSTL | | None | J | T | Buy | 12/17/19 | J | | |
| 144.  -BLACKROCK TOTAL RETURN | A | Dividend | J | T | Buy | 12/17/19 | J | | |
| 145. | | | | | Buy (add'l) | 12/18/19 | J | | |
| 146.  -ISHARES EDGE MSCI MIN VOL USA ETF | | None | J | T | Buy | 12/17/19 | J | | |
| 147.  -ISHARES JP MORGAN EM BON | A | Dividend | J | T | Buy | 12/17/19 | J | | |
| 148.  -ISHARES CORE S&P 500 ETF | | None | J | T | Buy | 12/17/19 | J | | |
| 149.  -ISHARES EDGE MSCI USA QUALITY FACTOR ETF | | None | J | T | Buy | 12/17/19 | J | | |
| 150.  -ISHARES FLOATING RATE | A | Dividend | J | T | Buy | 12/17/19 | J | | |
| 151.  -ISHARES TR CORE MSCI EAF | | None | J | T | Buy | 12/17/19 | J | | |
| 152.  -ISHARES EDGE MSCI USA SIZE FACTOR ETF | | None | J | T | Buy | 12/17/19 | J | | |
| 153.  -PIMCO INCOME FUND CL I2 | A | Dividend | J | T | Buy | 12/17/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 5/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 12/18/19 | J | | |
| 155.  -SPDR MSCI EMERGING MARKETS | A | Dividend | J | T | Buy | 12/17/19 | J | | |
| 156.  -ISHARES 20+ YEAR | A | Dividend | J | T | Buy | 12/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SINGLETON, JAMES K.** | 5/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES K. SINGLETON**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544